# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LARRY KLAYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 11-1775 (RJL) |
| | ) | |
| HONORABLE COLLEEN | ) | |
| KOLLAR-KOTELLY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this 25th day of September, 2012, hereby

**ORDERED** that the defendants' Motion to Dismiss [Dkt. #11] is **GRANTED**; it is further

**ORDERED** that plaintiff's Motion to Change Venue [Dkt. #6] is **DENIED AS MOOT**; and it is further

**ORDERED** that final judgment be entered in this case for the defendants.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge

1